FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2023 SEP 20  PM 12: 48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.  _____
(To be supplied by the court)

Oluwanisola Abolaji                          , Plaintiff

v.

Tony Sdao / See Attached,

Roughriders Sport Club llc             ,

Roughriders Properties llc             ,

Cedar Rapids Roughriders Hockey Club llc, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Oluwanisola Abolaji        524 Hawthorn Cir, Frederick Co, 80530
(Name and complete mailing address)

720-245-0971  , Sola@NFA-FK
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: Tony Sdao  Po Box 5359  Snowmass Village Co, Pitkin 81615
(Name and complete mailing address)

303-388-2896    tonysdao@comcast.net
(Telephone number and e-mail address if known)

Defendant 2: See Attached
(Name and complete mailing address)

See Attached
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

✓ Other: *(please specify)* 42 U.S.C. Section 1981

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___See Attached___

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    _✓_ different terms and conditions of employment

_____ failure to promote               _✓_ failure to accommodate disability

_✓_ termination of employment         _____ retaliation

_✓_ other: (*please specify*) Fraud, breach of Contract, negligence, Harassment, Disparate Treatment, hostile work enviroment, Disparate Impact.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_✓_ race          _✓_ religion        _✓_ national origin          _____ age

_✓_ color         _✓_ sex            _✓_ disability

Supporting facts:

See Attached

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

____ termination of employment     ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion          ____ national origin          ____ age

____ color         ____ sex               ____ disability

Supporting facts:

4

**E.    ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

___ ✓ Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

___ ✓ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

**F.    REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* See Attached

**G.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

September 20, 2023
(Date)

(Revised December 2017)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

See Attacted

Date: 9/20/23

_____
(Plaintiff's Original Signature)

524 Hawthorn Cir
(Street Address)

Frederick, CO, 80530
(City, State, ZIP)

720-245-0971
(Telephone Number)