IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-CV-02453-STV

OLUWANISOLA ABOLAJI,

      Plaintiff,

v.

IMPACT SPORTS PERFORMANCE LLC,
THE TOWN OF SUPERIOR, a Colorado municipality,
TONY SDAO,
LUKE TAYLOR,
RYLAN REED,
DEREK ROBINSON,
CHAD JACOBSEN,
MICHAEL PERRY,
NISOLA-ROUGHRIDERS FUTBOL ACADEMY, d/b/a Roughriders Sports Club, LLC,
      d/b/a Superior RoughRiders, LLC, d/b/a Roughriders Soccer – Colorado, LLC,
      d/b/a Colorado RoughRiders, LLC, d/b/a RoughRiders Properties, LLC, d/b/a Roughrider
      Holdings, LLC,

      Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

    (1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to
          Magistrate Judges);

    or

    (2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a
          Magistrate Judge);

    or

(3)      D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

____X____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated this ___ day of January 2024.

*s/ David J. Goldfarb*
**David J. Goldfarb**
Kathleen T. Alt
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, CO  80302
Telephone: (303) 402-1600
FAX: (303) 402-1601
E-mail:  djg@bhgrlaw.com; kta@bhgrlaw.com
*Attorney for Impact Sports Performance, LLC,*
*Nisola-RoughRiders Futbol Academy, LLC, d/b/a*
*RoughRiders Sports Club, LLC, d/b/a Superior*
*RoughRiders, LLC, d/b/a RoughRiders Soccer-*
*Colorado, LLC, d/b/a Colorado RoughRiders, LLC,*
*d/b/a RoughRiders Properties, LLC, d/b/a*
*RoughRider Holdings, LLC, Tony Sdao,*
*individually, Michael Perry, individually, and*
*Derek Robinson, individually*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of January 2024, a true and correct copy of the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** was filed via the ECF system, and served on the parties as noted below:

*Via Email and U.S. First Class Mail*
Oluwanisola Abolaji
524 Hawthorn Circle
Frederick, CO 80530
Email: sola@nfa-fk.com

*Via U.S. First Class Mail*
Chad Jacobsen
1 Superior Drive
Superior, CO 80027

*Via Email*
Rylan Reed
Email: rylan@myimpactsports.com

*Via ECF Filing System*
Michael C. Wathen, Esq.
Ray Lego & Associates
10825 E. Geddes Ave., Suite 100
Centennial, CO 80112
Email: mwathen@travelers.com

/s/ Jill Weberg
Jill Weberg
jlw@bhgrlaw.com

3