**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

Civil Action No. 23-cv-02453-GPG-STV

OLUWANISOLA ABOLAJI,

      Plaintiff,

v.

IMPACT SPORTS PERFORMANCE LLC,
THE TOWN OF SUPERIOR, *a Colorado Municipality*,
LUKE TAYLOR,
RYLAN REED,
DEREK ROBINSON,
CHAD JACOBSEN,
MICHAEL PERRY,
TONY SDAO,
NISOLA-ROUGHRIDERS FUTBOL ACADEMY, LLC,
    *Doing business as NFA Riders, RoughRiders Sports Club, LLC, Superior RoughRiders, LLC, Roughriders Soccer Coloraod, LLC, Colorado RoughRiders, LLC, RoughRiders Properties, LLC, and Roughrider Holdings, LLC.*

      Defendants.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [D. 121] entered by Judge Gordon P. Gallagher on July 29, 2024, it is

      ORDERED that the case DISMISSED WITHOUT PREJUDICE for failing to comply with the Order [D. 120]. It is

      FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

This case will be closed.

Dated at Grand Junction, Colorado this 29th day of July 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:    s/D. Clement
       D. Clement
       Deputy Clerk