UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 15, 2025

Oluwanisola Abolaji
524 Hawthorn Circle
Frederick, CO 80530

RE:    25-1357, Abolaji v. Impact Sports Performance LLC, et al
Dist/Ag docket: 1:23-CV-02453-GPG-TPO

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

**Preliminary Documents (All Parties)**

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

**Filing & Docketing Fee (Appellant)**

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals.

The district court has denied you leave to proceed on appeal without prepayment of fees. By the time you file your opening brief in this appeal, you must either (1) pay the

$605.00 fee to the district court, or (2) apply <u>to this court</u> for leave to proceed without prepayment of fees. Forms to apply to this court for leave to proceed on appeal without prepayment of fees will be mailed to you when briefing commences if you have not paid the fee by that time.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in the dismissal of this appeal without further notice.** *See* **Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).**

### <u>Method of Receiving Service (Pro Se Parties)</u>

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Kathleen T Alt
Sonia Nicole Anderson
Heather Voegele Anson
David J. Goldfarb
Pascale Lucille Henn
Geoffrey Klingsporn
Michael Charles Wathen

CMW/jm