IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02453-GPG-TPO

OLUWANISOLA ABOLAJI,

    Plaintiff,

v.

ROUGHRIDERS LLC,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 15, 2026.**

After receiving the Parties' submissions in advance of the Settlement Conference set for April 17, 2026, the Court held brief *ex parte* phone calls with each Party. In light of these discussions, the Court *sua sponte* **vacates** the April 17, 2026 Settlement Conference.

An **in-person** Status Conference is **set** for **June 10, 2026**, at 3:30 p.m. before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.