IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:11 pm, May 14, 2026*
**JEFFREY P. COLWELL, CLERK**

Civil Action No. 1:23-cv-02453-GPG-TPO

OLUWANISOLA ABOLAJI, Plaintiff,

v.

NISOLA-ROUGHRIDERS FUTBOL ACADEMY, LLC, a Colorado limited liability company,
ROUGHRIDERS HOLDINGS, LLC, a Colorado limited liability company,

---

MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE
JUNE 10, 2026 STATUS CONFERENCE

---

TO THE HONORABLE COURT:

Pursuant to the Court's authority and the Local Rules of the United States District Court for the District of Colorado, Plaintiff Oluwanisola Abolaji, by and through his counsel, respectfully moves this Court for an order granting leave to appear telephonically (or via remote means) at the Status Conference currently scheduled for June 10, 2026 before the Honorable Magistrate Judge Gordon P. Gallagher. In support thereof, counsel states as follows:

Court's Authority

1.

The Court has authority to permit parties and/or counsel to attend conferences by telephone. See Rule 16(b) of the Federal Rules of Civil Procedure; see also Rule Change 2004(19), Colorado Rules of Civil Procedure Rule 16.2(c)(1)(B) (court may permit parties and/or counsel to attend initial conference and any subsequent conferences by telephone).

Good Cause

2.

Good cause exists to permit counsel for Plaintiff to appear telephonically at the June 10, 2026 Status Conference. Plaintiff's counsel, Sola Abolaji, will be out of the country for work from May 29, 2026 through June 17, 2026 and therefore will be unable to attend the June 10, 2026

Status Conference in person. Travel abroad for work constitutes good cause to permit telephonic appearance at the conference.

Unopposed Motion

3.

On May 13, 2025, Plaintiff's counsel conferred with counsel for Defendants pursuant to D.C.COLO.LCivR 7.1(a) regarding this request. By email dated May 13, 2025, Defendants' counsel, Sonia R. Anderson, stated: "We do not oppose your motion to attend the Status Conference telephonically." A copy of the email correspondence is attached hereto as Exhibit A.

Request for Relief

4.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting leave for Plaintiff's counsel, Sola Abolaji, to appear telephonically (or via remote means) at the Status Conference scheduled for June 10, 2026, and for such other relief as the Court may deem just and proper.

Respectfully submitted this 14th day of May, 2026.

Oluwanisola Abolaji



Address: 524 Hawthorn Cir, Frederick Co 80530

Telephone: 720-245-0971

Email: sola@nfa-fk.com

CERTIFICATE OF CONFERENCE

Pursuant to D.C.COLO.LCivR 7.1, counsel for Plaintiff certifies that on May 13, 2025, he conferred with counsel for Defendants regarding this Motion for Leave to Appear Telephonically. Counsel for Defendants indicated they do not oppose this motion.

Dated: May 14, 2026

Oluwanisola Abolaji



CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2026, a true and correct copy of the foregoing MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JUNE 10, 2026 STATUS CONFERENCE was served on all counsel of record via the Court's CM/ECF system, which automatically serves counsel who are registered for electronic filing, and via email on counsel who are not registered for electronic filing:

Sonia R. Anderson BHGR Law sonia.anderson@bhgrlaw.com

D.J. Goldfarb djg@bhgrlaw.com

Shirley M. Newman smn@bhgrlaw.com

Tonya Geiwitz tonya.geiwitz@bhgrlaw.com

Kathleen T. Alt kta@bhgrlaw.com

Oluwanisola Abolaji

